# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GIFFORD CHANG,<br><br>         Plaintiff(s),<br><br>v.<br><br>KEVIN CAMPBELL,<br><br>         Defendant(s). | Case No. 2:23-cv-01353-CDS-NJK<br><br>**ORDER**<br><br>[Docket No. 1] |

Defendant Kevin Campbell removed this case from state court and has filed an application to proceed *in forma pauperis* before this Court.[1] Docket No. 1. Defendant filed a notice of removal wherein he provides his grounds for removal and makes several references to the complaint in the underlying state court case. *See* Docket No. 1-2 at 2-3. However, Defendant fails to provide any information about the underlying state court case—such as the case number or a copy of the complaint. *See* Docket No. 1. "A defendant or defendants desiring to remove any civil action from a State court shall file . . . a copy of all process, pleadings, and orders served upon such defendant or defendants in such action." 28 U.S.C. § 1446(a).

Accordingly, Defendant is **ORDERED** to file the complaint and all process, pleadings, and orders served upon him from the underlying state court case no later than **October 27, 2023**. **Failure to comply with the Court's order may result in a recommendation of dismissal.**

IT IS SO ORDERED.

Dated: September 28, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The Court notes that Defendant previously removed this case and filed an application to proceed *in forma pauperis* to this Court, which was ultimately dismissed for the same deficiencies discussed herein. *See Gilford v. Campbell*, 2:23-cv-00651-CDS-VCF.

1