# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GIFFORD CHANG,<br>  Plaintiff(s),<br>v.<br>KEVIN CAMPBELL,<br>  Defendant(s). | Case No.: 2:23-cv-01353-CDS-NJK<br><br>**REPORT AND RECOMMENDATION** |

Pending before the Court is Defendant's application for leave to proceed *in forma pauperis*. Docket No. 1. The application includes a notice of removal wherein he provides his grounds for removal and makes several references to the complaint in the underlying state court case. *See* Docket No. 1-2 at 2-3. However, Defendant fails to provide any information about the underlying state court case—such as the case number or copy of the complaint. *See* Docket No. 1. On September 28, 2023, the Court ordered Defendant to file the complaint and all process, pleadings, and orders served upon him from the underlying state court case no later than October 27, 2023. *See* Docket No. 4. The Court indicated that "**[f]ailure to comply with the Court's order may result in a recommendation of dismissal**." *Id*. (emphasis in original). To date, the Court has not received the requested documents or any request to extend the deadline for filing them. *See* Docket.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** with prejudice.[1]

Dated: November 2, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] Defendant previously removed this case and filed an application to proceed *in forma pauperis* to this Court, which was ultimately dismissed for the same deficiencies discussed herein. *See Chang v. Campbell*, 2:23-cv-00651-CDS-VCF.

1

**NOTICE**

Pursuant to Local Rule IB 3-2 any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within (14) days after service of this Notice. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985), *reh'g denied*, 474 U.S. 1111 (1986). The Ninth Circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).